**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ARNAUD KABORE, et al., on behalf of    *
themselves and on behalf of all other
similarly situated,    *

       Plaintiffs    *

       v.    *      Case No.:  BEL-10-3204

ANCHOR STAFFING, INC., et al.,    *

       Defendants    *

_____/

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**

The parties jointly move for approval of their Settlement Agreement.  A copy of the Settlement Agreement is being delivered to the Court under separate cover but is not being filed in the ECF system.  In support of this motion, the parties state:

1.      This case is a collective action for backpay and overtime, brought under the Fair Labor Standards Act and Maryland State law.  The release of Fair Labor Standards Act claims requires judicial approval.

2.      The Settlement Agreement was reached as a result of mediation conducted by Magistrate Judge Beth P. Gesner on November 30, 2011.  The parties jointly represent that the Settlement Agreement represents a fair, reasonable and informed resolution of the claims in this case.

3.      Plaintiffs' claim in this case is that Defendants, as joint employers, made improper deductions from time clock hours and that Defendants failed to pay them for time worked before they clocked in at the beginning of their shifts.  Based on deposition testimony, the parties negotiated an average number of additional minutes per day as the

basis of their settlement.  They then agree to pay 2.5 times the average, reflecting full

payment of liquidated damages and compromise on Plaintiffs' claim for treble damages.

A similar process was followed with respect to Plaintiffs' claims against Defendant

SweepRite alone.

4.       The Settlement Agreement does not resolve the issue of Plaintiffs'

attorneys' fees and costs.  The parties agreed to continue to mediate the fees and cost

portion of this case and, if those efforts fails, to litigate those issues.  In order to permit

the Magistrate Judge's continued mediation, the parties request that the Court's case file

remain open after approval of the settlement agreement and until the issue of attorneys

fees and costs has been resolved.

December ___, 2011                          Respectfully submitted,


_____            _____
Andrew M. Battista, Esquire                 Eric Hemmendinger, Esquire
409 Washington Avenue, Suite 600            Shawe & Rosenthal, LLP
Towson, MD 21204                            20 S. Charles Street, Suite 1102
(410) 296-6824 Telephone                    Baltimore, MD 21201
                                            410-752-1040 Telephone
Attorney for Defendant SweepRite
(Signed by Eric Hemmendinger                Attorneys for Defendant Anchor Staffing
with permission)


_____
R. Scott Oswald, Esquire
Nicholas Woodfield, Esquire
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, DC  20006
(202) 261-2812 Telephone

Attorney for Plaintiffs
(Signed by Eric Hemmendinger
with permission)