FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

2012 OCT 24  A 10: 12

CLERK'S OFFICE
AT BALTIMORE

BY........ ......   ...DEPUTY

|  |  |
|---|---|
| ARNAUD KABORE, *et al.*, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.:   L-10-3204 |
| ANCHOR STAFFING, INC., *et al.*, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

## ORDER

UPON CONSIDERATION of Plaintiffs' Petition for Award of Attorneys' Fees and Costs, and after consideration of any opposition filed in response thereto, it is on this *23* day of ___October___, 2012, **ORDERED** that Plaintiffs' Petition for Award of Attorneys' Fees and Costs is **GRANTED**; and it is further

ORDERED that Plaintiffs' request for the following award of attorneys' fees and costs:

| | |
|---|---|
| **Attorneys' Fees:** | $73,480.35 |
| **Costs:** | $2,860.11 |
| **Total Fees and Costs:** | $76,340.46 |

be and hereby is **GRANTED**; and it is further

ORDERED that the clerk shall forward copies of this order to all counsel of record.

_____
Benson Everett Legg
District Judge